**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

N.H. Insurance Department, Commissioner

    v.                                      Civil No. 03-cv-501-JM

Employers Insurance of Wausau

**O R D E R**

The order of remand to state court is vacated. The clerk is requested to schedule a preliminary pretrial.

**SO ORDERED.**

                                              _____
                                              James R. Muirhead
                                              United States Magistrate Judge

Date: June 15, 2005

cc:   Doreen F. Connor, Esq.
       Natasha C. Lisman, Esq.
       Peter C.L. Roth, Esq.